## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

MICHAEL DOUGLAS JOHNSON,

    Petitioner,

v.                                               CASE NO. 5:15-cv-00272-MP-CJK

JULIE L JONES,

    Respondent.

_____/

## **O R D E R**

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Respondent has filed objections at Doc. 16 but the Petitioner has not. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Amended Petition for Writ of Habeas Corpus challenging petitioner's conviction for willfully fleeing or attempting to elude a law enforcement officer in a marked police car, in Washington County Circuit Court Case No. 11-CF-43, is DENIED. A certificate of appealability is DENIED .

3. The clerk is directed to close the file.

**DONE AND ORDERED** this *4th*  day of November, 2016

                       *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge